### 58752. REUBEN v. TRUST COMPANY BANK.

BANKE, Judge.

The defendant appeals a summary judgment entered in favor of the plaintiff in a suit on a promissory note. He contends that a fact issue remains as to whether the plaintiff had agreed orally not to collect the principal amount owing on the note until the defendant was "in a stable financial condition." *Held:*

A promissory note consists of an unconditional promise to pay, and parol evidence may not be used to impose conditions not apparent on the face of the note. *Whiteside v. Douglas County Bank,* 145 Ga. App. 775 (2) (245 SE2d 2) (1978). The defendant's reliance on *Haraka v. Datry,* 148 Ga. App. 642 (252 SE2d 71) (1979), is misplaced. That case involved the existence of a condition precedent to the existence of the debt itself. No such issue is present in this case.

*Judgment affirmed. McMurray, P. J., and Underwood, J., concur.*

SUBMITTED OCTOBER 16, 1979 — DECIDED NOVEMBER 2, 1979.

Edwin J. Reuben, *pro se.*
*James H. Mobley, Jr., David D. Rawlins,* for appellee.